IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE JEROME JONES,<br><br>　　　　Movant,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent.<br>_____/ | No. CV 13-03841 CW<br>　　 CR 11-00622 CW<br><br>ORDER GRANTING<br>MOTION FOR<br>EXTENSION OF TIME |

　　Movant Donte Jerome Jones has filed a motion for extension of time to file a reply in support of his motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The Court GRANTS the motion for extension of time.  Movant's reply shall be filed by May 2, 2014.

　　IT IS SO ORDERED.

Dated: 4/11/2014

　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge